Elizabeth H. Murphy (SBN 174095)
Elizabeth.Murphy@Jacksonlewis.com
Jessica C. Gregg (SBN 276543)
Jessica.Gregg@Jacksonlewis.com
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendants
FALLON GROUP, INC. and MICHAEL BUCHNER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDANO MELLANO,<br><br>    Plaintiff,<br><br>    vs.<br><br>FALLON GROUP, INC., a Minnesota corporation, MICHAEL BUCHNER, an individual, and DOES 1 through 10,<br><br>    Defendants. | CASE NO.:<br><br>**DECLARATION OF MICHAEL BUCHNER IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441(a) AND (b) (DIVERSITY)**<br><br>(Filed concurrently with Notice of Removal; Civil Cover Sheet; Declaration of Elizabeth H. Murphy; Notice of Interested Parties; Notice of No related Cases and Corporate Disclosure)<br><br>State Complaint Filed: June 22, 2017 |

| CASE NO.: | 1 | DECLARATION OF MICHAEL BUCHNER IN SUPPORT OF NOTICE OF REMOVAL |
|---|---|---|

1.    I Michael Buchner, hereby declare I am the Chief Executive Officer ("CEO") for Defendant Fallon group, Inc. and work in the headquarters located in Minneapolis, Minnesota. I have been employed as the CEO with Fallon since June 1, 2011. I give this declaration in support of Fallon's petition for removal of this action to the United States District Court for the Central District of California.

2.    I have been named as an individual defendant in the lawsuit filed by Plaintiff Mandana Mellano in the Superior Court of the State of California for the County of Los Angeles, titled *"Mandano Mellano v. Fallon Group, Inc., et al."* Case No. BC592407. I join Defendant Fallon Group, Inc.'s removal of this action.

3.    In my capacity as CEO with Fallon, I am familiar with the Company's operations and structure, the locations of its offices and facilities and the nature of its overall business strategy. All departments in the agency report to me. I am also familiar with Fallon's state of incorporation, the location of its offices and key personnel, its business structure, and the nature of its overall corporate operations. This includes managerial, financial, facilities, personnel and operations. Based on my duties as CEO and on review of relevant corporate records to which I have access in my capacity as CEO, I have personal knowledge of the facts stated in this declaration and if called upon to do so, I could and would competently testify to them.

4.    Fallon Group, Inc., is incorporated under the laws of the state of Minnesota and was so at the time Plaintiff, Mandano Mellano ("Plaintiff"), filed her Complaint in state court. Fallon has its principal place of business in Minneapolis, Minnesota. Fallon's corporate headquarters are located at 901 South Marquette Avenue, #2400, Minneapolis, Minnesota, 55402 where most of Fallon's senior executive officers and myself, direct, control and coordinate Fallon's activities. The vast majority of administrative, executive, and decision-making functions occur at, and are controlled from, Fallon's headquarters in Minneapolis. Fallon's headquarters house its senior management, accounting, financial, IT, operations, and human resources operations. In addition, Fallon's headquarters house its employment records, including payroll and benefits.

5.  In my capacity as CEO, and upon request, I have access to personnel records of Fallon's current and former employees, including Plaintiff's, that are kept in the regular course of business.

6.  Based upon my review of Plaintiff's personnel records, I am aware that Plaintiff told Fallon that her address is 511 Randall Street, Culver City, California, 90230.

7.  I reside in Chanhassen, Minnesota and have for 33 years.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 25 day of July, 2017 in Minneapolis.

MICHAEL BUCHNER

CASE NO.: 3