Seth A. Rafkin, Esq. (199166)
(srafkin@rafkinesq.com)
Jennifer M. Bogue (259431)
(jbogue@rafkinesq.com)
**RAFKIN ESQ. PLLC**
1201 Sussex Turnpike, Suite 102
Randolph, NJ  07869
Telephone (973) 891-3370
Facsimile (973) 920-9727

Attorneys for Plaintiff
MANDANO MELLANO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDANA MELLANO. <br><br> Plaintiff, <br><br> vs. <br><br> FALLON GROUP, INC. and MICHAEL BUCHNER, and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.:  CV 17-5526-JFW (Ex) <br><br> [Assigned for all purposes to the Hon. John F. Walter, Courtroom 7A] <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

PLEASE TAKE NOTICE THAT on March 5, 2018 at 1:30 p.m., or as such other date/time as the Court may order, at Courtroom 7A of the above entitled court located at 350 W. First Street, Los Angeles, California 90012, Plaintiff Mandana Mellano will and hereby does move for leave to file Plaintiff's First Amended Complaint ("FAC").

The FAC adds two principal components to the original complaint.  First, the FAC adds as defendants Publicis Groupe, S.A., and Publicis Communications, Inc. (collectively referred to herein as "Publicis"), which are parent and/or affiliate entities of Defendant Fallon Group, Inc.

Second, the FAC adds statutory gender discrimination and retaliation claims following Plaintiff's receipt of Right to Sue Notices from the California Department of Fair Employment and Housing. Defendants' have consented to this portion of the motion.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Law in support, the Declaration of Seth A. Rafkin and Exhibits thereto and the pleadings in this matter.

This Motion is made following the conferences of counsel pursuant to L.R. 7-3, which took place on December 13, 2017 and January 29, 2018 and as described in the Declarations of lead counsel for the parties (Seth Rafkin and Elizabeth Murphy) as filed with the Court pursuant to its text entry order dated January 26, 2018.

Dated:   February 5, 2018                    RAFKIN ESQ. PLLC

By: *Seth R.*

Seth A. Rafkin
Jennifer M. Bogue
Attorneys for Plaintiff
MANDANA MELLANO

**CASE NO. CV 17-5526-JFW (Ex)**           2