## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.   **CV 17-5526-JFW(Ex)** | Date: February 23, 2018 |

Title: Mandano Mellano -v- Fallon Group, Inc., et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**       **ORDER TO SHOW CAUSE**

     The Court has reviewed the docket in this action and determined that counsel for both parties have failed to file their proposed Statements of Decision, as required by paragraph 4(e) of the Court's Scheduling and Case Management Order in connection with Plaintiff Mandano Mellano's Renewed Motion to Amend Complaint filed on February 5, 2018 [Docket No. 24]. Accordingly, counsel for both parties are ordered to show cause in writing by February 27, 2018 why they should not each be sanctioned in the amount of $1000.00 for violating the Court's Scheduling and Case Management Order. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions. In addition, the parties shall file the required proposed Statements of Decision on or before **February 27, 2018.**

     IT IS SO ORDERED**.**

Initials of Deputy Clerk  sr