# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDANA MELLANO,<br><br>Plaintiff,<br><br>vs.<br><br>FALLON GROUP, INC., a Minnesota corporation, MICHAEL BUCHNER, an individual, and DOES 1 through 10,<br><br>Defendants. | CASE NO.: CV 17-5526-JFW (Ex)<br>[Assigned for all purposes to the Hon. John F. Walter, Courtroom 7A]<br><br>**JOINT REPORT RE RESULTS OF MEDIATION** |

Pursuant to the Court's Scheduling and Case Management Order, the parties submit this joint report regarding their settlement efforts.

The parties participated in a private mediation with JAMS on February 21, 2018. The mediation was unsuccessful.

Dated: February 27, 2018

JACKSON LEWIS P.C.

By: _____
Elizabeth H. Murphy
Philip Johnson

Attorneys for Defendants
FALLON GROUP, INC. and
MICHAEL BUCHNER

By: _____
Seth Rafkin
Jennifer Bogue

Attorneys for Plaintiff MANDANA MELLANO

CASE NO.: CV 17-5526-JFW (Ex)        JOINT REPORT RE RESULTS OF MEDIATION