Elizabeth H. Murphy (SBN 174095)
Elizabeth.Murphy@Jacksonlewis.com
Philip Johnson (SBN 289254)
Philip.Johnson@Jacksonlewis.com
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone:   (213) 689-0404
Facsimile:    (213) 689-0430

Attorneys for Defendants
FALLON GROUP, INC. and MICHAEL BUCHNER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDANO MELLANO,<br><br>                    Plaintiff,<br><br>          vs.<br><br>FALLON GROUP, INC., a Minnesota corporation, MICHAEL BUCHNER, an individual, and DOES 1 through 10,<br><br>                    Defendants. | CASE NO.:  CV 17-5526-JFW (Ex)<br>[Assigned for all purposes to the Hon. John F. Walter, Courtroom 7A]<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES RE ORDER TO SHOW CAUSE RE: SANCTIONS; DECLARATIONS OF ELIZABETH H. MURPHY AND PHILIP A. JOHNSON IN SUPPORT THEREOF**<br><br>State Complaint Filed:     June  22, 2017 |

## MEMORANDUM OF POINTS AND AUTHORITIES

On February 23, 2018, the Court issued an Order to Show Cause ("OSC") directing the parties to show cause in writing by February 27, 2018, why they should not be sanctioned in the amount of $1,000.00 for "fail[ing] to file their proposed Statements of Decision, as required by paragraph 4(e) of the Court's Scheduling and Case Management

CASE NO.: CV 17-5526-JFW (Ex)

MEMORANDUM OF POINTS AND AUTHORITIES RE ORDER TO SHOW CAUSE RE: SANCTIONS; DECLARATIONS OF ELIZABETH H. MURPHY AND PHILIP A. JOHNSON IN SUPPORT THEREOF

Order in connection with Plaintiff Mandana Mellano's Renewed Motion to Amend Complaint." ECF No. 33. This brief responds to that directive.

When filing Defendants' papers in opposition to Plaintiff's motion to amend, undersigned counsel reviewed the Court's Scheduling and Case Management Order ("Scheduling Order"). Declaration of Elizabeth H. Murphy ("Murphy Decl."), ¶ 4; Declaration of Philip A. Johnson ("Johnson Decl."), ¶ 4. Because the Scheduling Order only requires a Proposed Statement of Decision for summary judgment motions, counsel did not believe that a Proposed Statement of Decision was necessary for Plaintiff's motion to amend the complaint. *See id.* Counsel inadvertently failed to acknowledge that Paragraph 5(f) of this Court's August 23, 2017 Standing Order requires each party to submit a Proposed Statement of Decision for all civil motions.

Counsel's error was inadvertent and not due to any reckless or repeated disregard of the Court's Local Rules or its Orders. Counsel regrets this error and has taken steps to ensure that it does not happen again. Counsel therefore respectfully submits that monetary sanctions are not warranted under the circumstances. *See Zambrano v. Tustin*, 885 F.2d 1472, 1480 (9th Cir. 1989) ("'Attorneys should not be disciplined by financial reprisal for conduct attributable to mistake, inadvertence or error of judgment' . . . . [C]ourts have required conduct amounting to recklessness, gross negligence, repeated— although unintentional—flouting of court rules, or willful misconduct before approving the of monetary sanctions under local rules.") (quoting *In re Sutter*, 543 F.2d 1030, 1035 (2d Cir. 1976)).

Counsel appreciates the Court's consideration of their response to the Court's OSC.

---

CASE NO.: CV 17-5526-JFW (Ex)

MEMORANDUM OF POINTS AND AUTHORITIES RE ORDER TO SHOW CAUSE RE: SANCTIONS; DECLARATIONS OF ELIZABETH H. MURPHY AND PHILIP A. JOHNSON IN SUPPORT THEREOF

1 Dated:  February 27, 2018                              JACKSON LEWIS P.C.

2

3                                                  By:  /s/Philip Johnson
                                                        Elizabeth H. Murphy
4                                                       Philip Johnson

5                                                  Attorneys for Defendants
                                                   FALLON GROUP, INC. and
6                                                  MICHAEL BUCHNER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28