Elizabeth H. Murphy (SBN 174095)
Elizabeth.Murphy@Jacksonlewis.com
Philip Johnson (SBN 289254)
Philip.Johnson@Jacksonlewis.com
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone:  (213) 689-0404
Facsimile:   (213) 689-0430

Attorneys for Defendants
FALLON GROUP, INC. and MICHAEL BUCHNER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDANO MELLANO,<br><br>Plaintiff,<br><br>vs.<br><br>FALLON GROUP, INC., a Minnesota corporation, MICHAEL BUCHNER, an individual, and DOES 1 through 10,<br><br>Defendants. | CASE NO.:  CV 17-5526-JFW (Ex)<br>[Assigned for all purposes to the Hon. John F. Walter, Courtroom 7A]<br><br>**DECLARATION OF PHILIP A. JOHNSON RE ORDER TO SHOW CAUSE RE: SANCTIONS** |

### DECLARATION OF PHILIP A. JOHNSON

I, Philip A. Johnson, declare:

1. I am a member of the State Bar of California and am an Associate with the law firm of Jackson Lewis, P.C., attorneys of record for Defendants Fallon Group, Inc. and Michael Buchner in this lawsuit filed by Plaintiff Mandana Mellano. If called as a witness, I would and could competently testify to all facts set forth below, which are within my personal knowledge, except where stated upon information and belief. This

declaration is made pursuant to this Court's Order to Show Cause ("OSC"), dated February 23, 2018. ECF No. 33.

2. It is my firm's practice to place on this Court's email list the Principal, Associate, administrative assistant for the Principal and associate, and the firm's docketing department to ensure compliance with the Court's communications, calendaring, scheduling orders, and standing orders.

3. I received the Court's Standing Order (ECF No. 10) on August 23, 2017. I received the Court's Scheduling and Case Management Order (ECF No. 15) on September 5, 2017. It is my responsibility as an Associate on this case to ensure compliance with these Orders.

4. When filing Defendants' papers in opposition to Plaintiff's Motion to Amend Complaint, I reviewed the Court's Scheduling and Case Management Order, which only requires a Proposed Statement of Decision for summary judgment motions. Accordingly, I did not believe a Proposed Statement of Decision was necessary for the Motion to Amend. I inadvertently failed to recall that Paragraph 5(f) of the Standing Order requires a Proposed Statement of Decision for all civil motions, such as the Motion to Amend.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: February 27, 2018

JACKSON LEWIS P.C.

_____
Philip Johnson

CASE NO.: CV 17-5526-JFW (Ex)

DECLARATION OF PHILIP A. JOHNSON RE ORDER TO SHOW CAUSE RE: SANCTIONS