UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 17-5526-JFW(Ex)** | Date: March 1, 2018 |
| Title: | Mandano Mellano -v- Fallon Group, Inc., et al. | |

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER TAKING UNDER SUBMISSION PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [filed 2/5/18; Docket No. 24]

   Plaintiff Mandano Mellano's Motion for Leave to File an Amended Complaint is currently on calendar for March 5, 2018 at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for March 5, 2018 is hereby vacated, and the matter is taken off calendar.  The matter will be deemed submitted on the vacated hearing date, and the clerk will notify the parties when the Court has reached a decision.

   IT IS SO ORDERED.