# ADWEEK

**INDUSTRY BULLETIN**

Minneapolis–Based Fallon Is Opening a New York Office

**INDUSTRY BULLETIN**

# Minneapolis-Based Fallon Is Opening a New York Office

Will focus on beauty, fashion and luxury brands

By Katie Richards | February 8, 2017



Minneapolis-based agency Fallon announced plans today to open a New York City office. The space will be located in SoHo at 375 Hudson.

The new office will specialize in beauty, fashion and luxury brands especially following the agency's acquisition of New York creative agency AR. Fallon acquired all of AR's accounts, which includes Revlon and

http://markmulroney.com/nostalgiaa.html










 

